**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

**IN RE**

**RAY SCOTT HUGHES** **CASE NO. 11-20898**
**MICHELLE SUE HUGHES**

**DEBTOR(S)**

**ORDER**

Upon consideration of the Motion to Redact/Restrict Public Access [ECF No. 16] filed by Charter One Bank,

It is ORDERED that the Clerk restrict public access to ECF No. 11.

It is further ORDERED that movant shall file a replacement claim or document within 14 days from the entry of this Order that contains the necessary redactions pursuant to FED. R. BANKR. P. 9037. Failure to timely file a replacement document may lead to sanctions.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**

**Signed By:**
***Tracey N. Wise***
**Bankruptcy Judge**
**Dated: Monday, March 27, 2017**
**(tnw)**