**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

**IN RE**

**RAY SCOTT HUGHES**
**MICHELLE SUE HUGHES** **CASE NO. 11-20898**

**DEBTOR(S)**

# ORDER TO SHOW CAUSE

For failure to comply with an order of the court [ECF No. 17], Charter One Bank is directed to appear and show cause before the court at 11:00 a.m. on May 16, 2017 at U.S. Bankruptcy Court, 35 West 5th Street, Room 306, Covington, Kentucky, as to why sanctions should not be imposed.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**

**Signed By:**
***<u>Tracey N. Wise</u>***
**Bankruptcy Judge**
**Dated: Wednesday, April 19, 2017**
**(tnw)**